```
                                              FILED

                                          2007 JAN -8 PM 3:31

                                          CLERK US DISTRICT COURT
                                        SOUTHERN DISTRICT OF CALIFORNIA

                                          BY_____DEPUTY
```


# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANTIC ASHANTI'S CAUSE, SUING ON BEHALF OF THEODORE A. PINNOCK AND ITS MEMBERS; and THEODORE A. PINNOCK, An Individual,<br><br>Plaintiffs,<br><br>v.<br><br>DUNN-EDWARDS CORPORATION d.b.a. DUNN-EDWARDS PAINT #10; DUNN'S DISCOUNT GUNS & SPORTING a.k.a. DUNN'S DISCOUNT GUN MART d.b.a. DISCOUNT GUN MART; MARTA E. LAROSSE TRUST C, dated 10/19/84; MARTA E. LAROSSE TRUST B, dated 10/19/84; And DOES 1 THROUGH 10, Inclusive<br><br>Defendants. | Case No.: 06cv1533 WQH (LSP)<br><br>ORDER GRANTING THE JOINT MOTION AND MOTION TO DISMISS ALL DEFENDANTS WITH PREJUDICE FROM PLAINTIFFS' COMPLAINT AND PLAINTIFFS' COMPLAINT IN ITS ENTIRETY.<br><br>[Fed.R.Civ.P. Rule 41(a)(2)] |

**IT IS HEREBY ORDERED** pursuant to the Joint Motion Brought by and between MANTIC ASHANTI'S CAUSE, SUING ON BEHALF OF THEODORE A. PINNOCK AND ITS MEMBERS; and THEODORE A. PINNOCK, An Individual, Plaintiffs, on the one hand, and Defendants DUNN-EDWARDS CORPORATION d.b.a. DUNN-EDWARDS PAINT #10; MARTA E. LAROSSE TRUST C, dated 10/19/84; and MARTA E. LAROSSE TRUST B, dated

Document Date: November 15, 2006

10/19/84 on the other hand, through their respective attorneys of record that, pursuant to Federal Rules of Civil Procedure, Rule 41 (a)(1) and (2), that ALL Defendants are dismissed with prejudice from Plaintiffs' Complaint, Case Number: 06cv1533 WQH (LSP). Additionally, Plaintiffs' Complaint is dismissed with prejudice in its entirety.

**IT IS SO ORDERED.**

Dated: 1/8/07

HONORABLE WILLIAM Q. HAYES
UNITED STATES DISTRICT COURT JUDGE

Document Date: November 15, 2006